UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GABRIEL ANDRADE,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>RAYBON JOHNSON,<br><br>　　　　　　　　　　Respondent. | Case No.: 20-cv1147-MMA (RBM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 11]<br><br>**DENYING RESPONDENT'S MOTION TO DISMISS**<br><br>[Doc. No. 7] |

Petitioner Martin Gabriel Andrade ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus (the "Petition") pursuant to 28 U.S.C. § 2254. *See* Doc. No. 1. Nearly three months later, Respondent Raybon Johnson ("Respondent") filed a motion to dismiss on the grounds that the Petition is untimely. *See* Doc. No. 7. Petitioner did not respond to the motion. The matter was referred to United States Magistrate Judge Ruth Bermudez for preparation of a Report and Recommendation pursuant to Title 28, § 636(b)(1) and Civil Local Rule HC.2. Judge Bermudez has issued a thorough and well-reasoned Report recommending that the motion be denied. *See* Doc. No. 11.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Objections to the Report and Recommendation were due no later than March 18, 2021. *See* Doc. No. 11 at 13. To date, no objections have been filed, and the time for doing so has expired. *See* Docket.

The Court finds that Judge Bermudez has issued an accurate Report and well-reasoned recommendation that the motion be denied. The Court therefore **ADOPTS** the Report and Recommendation in its entirety and **DENIES** Respondent's motion to dismiss.

**IT IS SO ORDERED.**

Dated: March 26, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge