UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GABRIEL ANDRADE,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>RAYBON JOHNSON, Warden,<br><br>　　　　　　　　　　Respondent. | Case No.: 3:20-cv-1147-MMA-RBM<br><br>**ORDER REQUIRING RESPONSE TO PETITION (28 U.S.C. § 2254)** |

On June 16, 2020, Petitioner Martin Gabriel Andrade ("Petitioner"), a state prisoner proceeding pro se, constructively filed a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2254. (Doc. 1.) Respondent filed a Motion to Dismiss the Petition (Doc. 7), and on March 4, 2021, the undersigned issued a Report and Recommendation ("R&R") that the Motion to Dismiss be denied and that a new briefing schedule on the merits of the Petition be issued. On March 26, 2021, United States District Judge Michael M. Anello adopted the R&R in its entirety, thereby denying the Motion to Dismiss. Accordingly, **IT IS ORDERED** that:

　　1.　　Respondent must file and serve an answer to the Petition, <u>and a memorandum of points and authorities in support of such answer</u>, pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **June 1, 2021**. At the time the answer is filed, Respondent must lodge with the Court all records bearing on the merits of

Petitioner's claims. The lodgments must be accompanied by a notice of lodgment which must be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**." Respondent must not combine separate pleadings, orders or other items into a combined lodgment entry. Each item must be numbered separately and sequentially.

2.  Petitioner may file a traverse to matters raised in the answer no later than **July 1, 2021**. Any traverse by Petitioner (a) must state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) must be limited to facts or arguments responsive to matters raised in the answer; and (c) must not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse can exceed ten (10) pages in length absent advance leave of Court for good cause shown.

3.  A request by a party for an extension of time within which to file any of the pleadings required by this Order must be made at least seven (7) days in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request must be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

4.  Unless otherwise ordered by the Court, this case will be deemed submitted on the day following the date Petitioner's traverse is due.

5.  Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

///
///
///
///

6. Petitioner must immediately notify the Court and counsel for Respondent of any change of Petitioner's address. If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED.**

DATE: March 30, 2021

*Ruth Bermudez Montenegro*
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE