1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN G. ANDRADE,<br><br>                                     Petitioner,<br><br>v.<br><br>RAYBON JOHNSON, Warden,<br><br>                                     Respondent. | Case No.: 3:20-cv-01147-MMA-RBM<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION**<br><br>**[Doc. 14]** |

On March 30, 2021, the undersigned issued an order requiring a response to the petition for writ of habeas corpus ("Petition"). (Doc. 13.) The undersigned ordered Respondent, Raybon Johnson ("Respondent"), file and serve an answer to the Petition no later than June 1, 2021. (*Id.* at 1.) Additionally, Petitioner, Martin Gabriel Andrade ("Petitioner"), may file a traverse to matters raised in the answer no later than July 1, 2021. (*Id.* at 2.)

On May 24, 2021, Respondent filed an application for enlargement of time to file an answer to the Petition. (Doc. 14.) Specifically, Respondent seeks a thirty-day enlargement of time to July 2, 2021, to file an answer. (*Id.* at 2.) Respondent's counsel alleges an enlargement of time is necessary because counsel has been unable to begin drafting the answer due to demands of her current caseload. (*Id.*)

1

Good cause appearing, the application is **GRANTED**. Accordingly, **IT IS ORDERED** that:

1. Respondent must file and serve an answer to the Petition, <u>and a memorandum of points and authorities in support of such answer,</u> pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **July 2, 2021**. At the time the answer is filed, Respondent must lodge with the Court all records bearing on the merits of Petitioner's claims. The lodgments must be accompanied by a notice of lodgment which must be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**." Respondent must not combine separate pleadings, orders or other items into a combined lodgment entry. Each item must be numbered separately and sequentially.

2. Petitioner may file a traverse to matters raised in the answer no later than **August 2, 2021**. Any traverse by Petitioner (a) must state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) must be limited to facts or arguments responsive to matters raised in the answer; and (c) must not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse can exceed ten (10) pages in length absent advance leave of Court for good cause shown.

3. A request by a party for an extension of time within which to file any of the pleadings required by this Order must be made at least seven (7) days in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request must be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

4. Unless otherwise ordered by the Court, this case will be deemed submitted on the day following the date Petitioner's traverse is due.

5. Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court

2

1   without a certificate of service will be returned to the submitting party and will be

2   disregarded by the Court.

3       6.      Petitioner must immediately notify the Court and counsel for Respondent of

4   any change of Petitioner's address.  If Petitioner fails to keep the Court informed of where

5   Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.

6       **IT IS SO ORDERED**.

7   DATE: May 25, 2021

8

9       HON. RUTH BERMUDEZ MONTENEGRO
        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3